FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALFONSO GONZALEZ-CONTRERAS,<br>aka PONCHO, et al,<br><br>　　　　Defendants. | CRIMINAL CASE NO. 02-00026<br><br><br>**RECEIPT OF EXHIBITS** |

[ X ]　Government's　　　　[ ]　Defendant's　　　　[ ]　Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**　　　　**DESCRIPTION**

　　　　　　　　　See attached United States' Second Amended Exhibit List

_____
Signature

_Teresa Catahay_
Name

_August 4, 2006_
Date

_U.S. Attorney's Office_
Office/Firm Receiving Exhibits

contreras.2nd.amd.exh

FREDERICK A. BLACK
United States Attorney
MARK E. KONDAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 5 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALFONSO GONZALEZ-CONTRERAS a/k/a PONCHO and LEANNE FERN CONTRERAS, <br><br> Defendants. | CRIMINAL CASE NO.02-00026 <br><br> **UNITED STATES' SECOND AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court an amended and corrected list of proposed exhibits to be introduced in its case-in-chief. Please note the following changes:

Exhibit 02.4 - Replacing page 1 of existing Exhibit with corrected text.

Exhibit 35 - Should read, "Tape recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 3/26/02 at 7:33 a.m. and Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 3/26/02 at 9:15 a.m."

Adding Exhibit 35.2 - "Transcript of tape recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 3/26/02 at 7:33 a.m."

Removing existing Exhibit 52 and substituting with, "Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Ferando Ceja on 3/19/02 at 11:35 a.m."

Removing existing Exhibit 53 and substituting with, "Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Fernando Ceja on 3/19/02 at 11:35 a.m."

Respectfully submitted this 5<u>th</u> day of May, 2003.

    FREDERICK A. BLACK
    United States Attorney
    Districts of Guam and NMI

By: *[signature]*
    MARK E. KONDAS
    Assistant U.S. Attorney

## UNITED STATES' 2ND AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 01 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/07/02 at 5:05 p.m. | 5/7/03 | 5-14-03 |
| 01.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/07/02 at 5:05 p.m. | ~~5/7/03~~ | |
| 02 | Tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/08/02 at 7:55 a.m., and DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/08/02 at 8:05 a.m., 11:05 a.m., and 2:45 p.m. | 5/7/03 | 5-14-03 |
| 02.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/08/02 at 7:55 a.m. | | |
| 02.2 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/08/02 at 8:05 a.m. | 5-13-03 | |
| 02.3 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/08/02 at 11:05 a.m. | 5-13-03 | |
| 02.4 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/08/02 at 2:45 p.m. | 5-13-03 | |
| 03 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/11/02 at 2:33 p.m. | 5-13-03 | 5-14-03 |
| 03.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/11/02 at 2:33 p.m. | 5-13-03 | |
| 04 | Tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 2/12/02 at 2:06 p.m. | 5-13-03 | 5-14-03 |
| 04.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/12/02 at 2:06 p.m. | | |
| 05 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/12/02 at 5:50 p.m. | 5/7/03 | 5-14-03 |

- 1 -

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 05.1 | Transcript of tape recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/12/02 at 5:50 p.m. | | |
| 06 | Tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/13/02 at 8:16 a.m., and DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/13/02 at 9:17 a.m. | 5/7/03 | 5-14-03 |
| 06.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/13/02 at 8:16 a.m. | | |
| 06.2 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 02/13/02 at 9:17 a.m. | | |
| 07 | Brown cardboard box. | 5/7/03 | 5-14-03 |
| 07.1 | Plastic bag containing piece of cardboard box.* | 5/13/03 | 5-14-03 |
| 08 | Customs Declaration and Dispatch Note (3 copies). | 5/7/03 | 5-14-03 |
| 09 | Dark blue canvas hand-carry bag. | 5/7/03 | 5-14-03 |
| 10 | U.S. Postal receipt dated 02/13/02 from Tom Dugan to Vic Cunnicelli. | 5-12-03 | 5-14-03 |
| 11 | Heat-sealed clear plastic evidence bag containing 1,813 grams of d-Methamphetamine Hydrochloride, two clear zip lock plastic bags, tape, and carbon paper. | 5/7/03 | 5-14-03 |
| 12 | Lab report regarding analysis of the 1,813 grams of d-Methamphetamine Hydrochloride. | 5-13-03 | 5-14-03 |
| 13 | Photograph of wrapped box. | 5-12-03 | 5-14-03 |
| 14 | Photograph of wrapped box inside brown box. | 5-12-03 | 5-14-03 |
| 15 | Photograph of dark blue vinyl bag inside cardboard box. | 5/7/03 | 5-14-03 |
| 16 | Photograph of two plastic bags inside dark blue vinyl bag. | 5/7/03 | 5-14-03 |
| 17 | Photograph of two plastic bags outside dark blue vinyl bag. | 5-13-03 | 5-14-03 |
| 18 | Photograph of two plastic bags and Marquis Reagent Test Kit. | 5-13-03 | 5-14-03 |
| 19 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/21/02 at 5:15 p.m. | 5/8/03 | 5-14-03 |

- 2 -

* Mr. Kondas stated that 7.1 is the fingerprints taken from

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 02/21/02 at 5:15 p.m. | | |
| 20 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/02/02 at 4:05 p.m. | 5-13-03 | 5-14-03 |
| 20.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/02/02 at 4:05 p.m. | 5-13-03 | |
| 21 | Heat-sealed plastic bag containing pieces of brown cardboard box. | 5/8/03 | 5-14-03 |
| 22 | U.S. Postal Service Customs and Declaration Form and Dispatch Note from Carlos Contreras to Three Brother's Inc. | 5/8/03 | 5-14-03 |
| 23 | Express Mail Label addressed to Three Brother's Inc. from Carlos Contreras. | | 5-14-03 |
| 24 | Black vinyl hand-carry bag. | 5/8/03 | 5-14-03 |
| 25 | Heat-sealed bag containing 2,721 grams of d-Methamphetamine Hydrochloride and five clear plastic bags. | 5-14-03 | 5-14-03 |
| 26 | Lab report regarding analysis of 2,721 grams of d-Methamphetamine Hydrochloride. | 5-13-03 | 5-14-03 |
| 27 | Photograph of wrapped box bound with clear tape. | 5-12-03 | 5-14-03 |
| 28 | Photograph of wrapped box inside brown box. | 5-12-03 | 5-14-03 |
| 29 | Photograph of black vinyl bag inside box. | 5-13-03 | 5-14-03 |
| 30 | Photograph of Packages inside black vinyl bag. | 5/8/03 | 5-14-03 |
| 31 | Photograph of five packages. | 5-13-03 | 5-14-03 |
| 32 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 03/08/02 at 9:55 a.m. | 5/8/03 | 5-14-03 |
| 32.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 03/08/02 at 9:55 a.m. | 5/8/03 | |
| 33 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/11/02 at 9:20 a.m. | 5-13-03 | 5-14-03 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 33.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/11/02 at 9:20 a.m. | 5-13-03 | |
| 34 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 03/25/02 at 11:30 a.m. | 5/8/03 | 5-14-03 |
| 34.1 | Transcript of tape-recorded conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 03/25/02 at 11:30 a.m. | | |
| 35 | Tape recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 3/26/02 at 7:33 a.m. and Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 3/26/02 at 9:15 a.m. | 5-13-03 | 5-14-03 |
| 35.1 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/26/02 at 9:15 a.m. | | |
| 35.2 | Transcript of Tape recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Pedro Sanchez-Contreras on 3/26/02 at 7:33 a.m. | 5/12/03 | |
| 36 | Tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/26/02 at 10:07 a.m. and 11:15 a.m. | 5-13-03 | 5-14-03 |
| 36.1 | Transcript of tape-recorded conversation between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/26/02 at 10:07 a.m. | 5-13-03 | |
| 36.2 | Transcript of tape-recorded conversation between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/26/02 at 11:15 a.m. | 5-13-03 | |
| 37 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/27/02 at 11:50 a.m. | 5-13-03 | 5-14-03 |
| 37.1 | Transcript of tape-recorded conversation between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/27/02 at 11:50 a.m. | 5-13-03 | |
| 38 | Tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/29/02 at 7:10 a.m., and DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/29/02 at 8:00 a.m. | 5-13-03 | 5-14-03 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 38.1 | Transcript of tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Defendant Leanne Gonzalez-Contreras on 03/29/02 at 7:10 a.m. | 5-13-03 | |
| 38.2 | Transcript of tape-recorded phone conversations between DEA Task Force Agent Ray Quintanilla and Defendant Alfonso Gonzalez-Contreras on 03/29/02 at 8:00 a.m. | 5-13-03 | |
| 39 | Washington Mutual Bank Check #971610662 | 5-14-03 | 5-14-03 |
| 40 | Heat sealed plastic bag containing flattened cardboard box with U.S. Postal Label. | 5-12-03 | 5-14-03 |
| 41 | Customs and Declaration & Dispatch Note (3 copies). | 5-12-03 | 5-14-03 |
| 42 | Brown box containing five metal canisters. | 5-12-03 | 5-14-03 |
| 43 | Ten "Food Saver" brand clear plastic wrap packets and loose brown plastic wrapping tape. | 5-13-03 | 5-14-03 |
| 44 | Heat-sealed clear plastic evidence bag containing 4,458 grams of d-Methamphetamine Hydrochloride, 17 clear plastic packets and brown packing tape. | 5-13-03 | 5-14-03 |
| 45 | Lab report regarding analysis of 4,458 grams of d-Methamphetamine Hydrochloride. | 5-13-03 | 5-14-03 |
| 46 | Photograph of wrapped box with attached U.S. Postal label. | 5-12-03 | 5-14-03 |
| 47 | Photograph of wrapped box inside brown box. | 5-12-03 | 5-14-03 |
| 48 | Photograph of brown box with attached U.S. Postal Label and Express Mail Label. | 5-12-03 | 5-14-03 |
| 49 | Photograph of cans inside brown box. | 5-13-03 | 5-14-03 |
| 50 | Photograph of 5 cans. Withdrawn | | |
| 51 | Photograph of five cans and contents. | 5-13-03 | 5-14-03 |
| 52 | Tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Ferando Ceja on 3/19/02 at 11:35 a.m." Withdrawn | 5-13-03 | 5-14-03 |
| 53 | Transcript of tape-recorded phone conversation between DEA Task Force Agent Ray Quintanilla and Ferando Ceja on 3/19/02 at 11:35 a.m." Withdrawn | 5-13-03 | |
| 54 | Photograph of five packages that contain d-Methamphetamine Hydrochloride. | | 5-14-03 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 55 | Close-up of package containing d-Methamphetamine Hydrochloride. | | 5-14-03 |
| 56.1 | Washington Mutual Bank Signature card and Master Account Agreement for Leanne F. Contreras and Amy J. Kirk, Account #0195-0000889123-6. | 5-14-03 | 5-14-03 |
| 56.2 | Bank Statement for Account #0195-0000889123-6 for the period 1/15/02 to 2/8/02. | 5-14-03 | 5-14-03 |
| 56.3 | Bank Statement for Account #0195-0000889123-6 for the period 2/9/02 to 3/8/02. | 5-14-03 | 5-14-03 |
| 56.4 | Bank Statement for Account #0195-0000889123-6 for the period 3/9/02 to 4/8/02. | 5-14-03 | 5-14-03 |
| 56.5 | Bank Statement for Account #0195-0000889123-6 for the period 4/9/02 to 5/8/02. | 5-14-03 | 5-14-03 |
| 57.1 | Washington Mutual Bank Signature card and Master Account Agreement for Leanne F. Contreras, Account #0394-0000278587-1. | 5-14-03 | 5-14-03 |
| 57.2 | Bank Statement for Account #0394-0000278587-1 for the period 1/15/02 to 2/7/02. | 5-14-03 | 5-14-03 |
| 57.3 | Bank Statement for Account #0394-0000278587-1 for the period 2/8/02 to 3/7/02. | 5-14-03 | 5-14-03 |
| 57.4 | Bank Statement for Account #0394-0000278587-1 for the period 3/8/02 to 4/5/02. | 5-14-03 | 5-14-03 |
| 57.5 | Bank Statement for Account #0394-0000278587-1 for the period 4/6/02 to 5/7/02. | 5-14-03 | 5-14-03 |
| 58 | Tape-recorded conversation between DEA Task Force Agent Ray Quintanilla, Defendant Alfonso Gonzalez-Contreras and Pedro Sanchez-Contreras at Enriques Restaurant on 04/02/02. | 5-13-03 | 5-14-03 |
| 58.1 | Transcript of tape-recorded conversation between DEA Task Force Agent Ray Quintanilla, Defendant Alfonso Gonzalez-Contreras and Pedro Sanchez-Contreras at Enriques Restaurant on 04/02/02. | 5-14-03 | |
| 59 | Defendant Alfonso Gonzalez-Contreras address book. | 5-12-03 | 5-14-03 |
| 60 | Washington Driver's License for Defendant Alfonso Gonzalez-Contreras. | 5-14-03 | 5-14-03 |
| 61 | "Gobierno De Michoacan" ID for Defendant Alfonso Gonzalez-Contreras. | 5-14-03 | 5-14-03 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 62.1 | Blank check bearing the signature of Fernando Ceja Gonzalez. | 5-14-03 | 5-14-03 |
| 62.2 | Blank check bearing the signature of Alfonso Gonzalez Contreras | 5-14-03 | 5-14-03 |
| 63 | Address book of Pedro Sanchez Contreras. | 5-12-03 | 5-14-03 |
| 64 | Folio from Premier Thousand Oaks. | 5/7/03 | 5-14-03 |
| 65 | Taped interview of Defendant Alfonso Gonzalez Contreras. | 5-12-03 | 5-14-03 |
| 65.1 | Transcript of taped interview of Defendant of Alfonso Gonzalez-Contreras. | | |
| 66 | Photograph of Pedro Sanchez-Contreras walking into Postal Connections. | 5/8/03 | 5-14-03 |
| 67 | Photograph of Pedro Sanchez-Contreras walking out of Postal Connections. | withdrawn | |
| 68 | Plea Agreement in U.S. v. Pedro Sanchez-Contreras, Cr.No. 02-00026. | 5/7/03 | 5-14-03 |

- 7 -