NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ALFONSO GONZALEZ-CONTRERAS, aka Poncho, Defendant - Appellant. | No. 03-10521<br><br>D.C. No. CR-02-00026-JSU<br><br>ORDER |

Before: **D.W. NELSON, KOZINSKI** and **BEA**, Circuit Judges.

The motion to recall the mandate is **DENIED**. See Calderon v. Thompson, 523 U.S. 538, 550 (1998) ("In light of the profound interests in repose attaching to the mandate of a court of appeals, . . . the power [to recall the mandate] can be exercised only in extraordinary circumstances. The sparing use of the power demonstrates it is one of last resort, to be held in reserve against grave, unforeseen contingencies.") (citation and internal quotation marks omitted).