FILED
DISTRICT COURT OF GUAM
NOV -9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFONSO GONZALEZ-CONTRERAS,<br><br>Defendant. | Criminal Case No. 02-00026<br><br>ORDER |

This case is before the Court on a mandate from the Ninth Circuit Court of Appeals remanding the case "for the purpose of ascertaining whether the sentence imposed would have been materially different had the district court known that the sentencing guidelines were advisory" in accordance with *United States v. Ameline*, 409 F.3d 1073, 1074 (9th Cir. 2005)(en banc). Consistent with the terms of the mandate, the Court hereby reschedules this case for resentencing on February 27, 2007 at 9:30 a.m. The Probation Office is ordered to submit an Amended Presentence Report by January 23, 2007. And, the U.S. Marshal is ordered to transport the defendant to Guam by January 16, 2007.

**SO ORDERED** this _8th_ day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief District Judge

ORIGINAL