

**FILED**
DISTRICT COURT OF GUAM
DEC 27 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 02-00026 |
| Plaintiff, | |
| vs. | **ORDER** |
| ALFONSO GONZALEZ-CONTRERAS, | |
| Defendant. | |

Due to the scheduling needs of the Court the resentencing in this matter is rescheduled from February 27, 2007 at 9:30 a.m. until March 14, 2007 at 9:30 a.m. The Probation Office is ordered to submit an Amended Presentence Report by February 23, 2007. And, the U.S. Marshal is ordered to transport the defendant to Guam by February 14, 2007.

**SO ORDERED** this 26th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief District Judge

ORIGINAL