

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00026 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| ALFONSO GONZALEZ-CONTRERAS, | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 14, 2007 at 9:30 a.m. The defendant returned to Guam from the Federal Bureau of Prisons on February 5, 2007, however, the Probation Officer has not yet interviewed the defendant for the presentence report due to scheduling conflicts with the defendant's attorney, Mr. Howard Trapp. Assistant U.S. Attorney Karon Johnson has no objection to continue the Sentencing Hearing.

FRANK MICHAEL CRUZ
Chief United States Probation Officer
Districts of Guam and NMI

DATE: 2/22/07     By: _____
MARIA C. CRUZ
U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

**ORIGINAL**