IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00026 |
| Plaintiff, | ) ) ) | **ORDER TO CONTINUE** |
| vs. | ) ) | **SENTENCING HEARING** |
| ALFONSO GONZALEZ-CONTRERAS, | ) ) | |
| Defendant. | ) ) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for March 14, 2007 is hereby rescheduled to April 17, 2007 at 10:00 a.m. The presentence report shall be provided to the parties no later than March 13, 2007. The parties shall file their responses to the presentence report no later than March 27, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 10, 2007.

SO ORDERED this 23rd day of February, 2007.



/s/ **Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**