1  alfonsocontrerasstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE TERRITORY OF GUAM

12  UNITED STATES OF AMERICA,           )  CRIMINAL CASE NO. 02-00026
                                        )
13              Plaintiff,              )
                                        )  **STIPULATED MOTION TO**
14       vs.                            )  **CONTINUE RESENTENCING**
                                        )
15  ALFONSO GONZALEZ-CONTRERAS,         )
    aka "Poncho,"                       )
16                                      )
                Defendant.              )
17  _____  )

19       The parties in the above-entitled matter, the United States of America, and the defendant

20  through his counsel, Howard Trapp, hereby motion this Honorable Court to continue the

21  Sentencing hearing currently scheduled for April 17, 2007, and that it be continued for at least a

22  week, at a date and time to be selected by the court at it's convenience.

23       The parties request this continuance for the reason that the Drug Enforcement

24  Administration (DEA) agent is no longer on Guam and that a former Task Force Agent who was

25  //

26  //

27  //

28

1. also assigned to the case is a Guam Police Officer and that it will take a few days to contact him
2. and allow him the opportunity to review the case in preparation for testimony to the court.

APR 17 2007
DATE

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4/17/07
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney