(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFONSO GONZALEZ-CONTRERAS, also known as Poncho,<br><br>Defendant. | Criminal Case No. 02-00026<br><br>SUPPLEMENTAL SENTENCING MEMORANDUM |

"[T]he reasonableness of a sentence is informed by all of the [18 U.S.C.] § 3553(a) factors, including the Guidelines range. . . . A sentence that is within the Guidelines range therefore may be unreasonable and thus imposed in violation of law pursuant to [18 U.S.C.] § 3742(a)(1)." (*United States v. Plouffe*, 445 F.3d 1126, 1130 (9th Cir. 2005)(citation omitted), *cert. denied*, 125 S.Ct. 2314

(Supplemental Sentencing Memorandum)
Criminal Case No. 02-00026

(2006).)

Dated, Hagåtña, Guam,

April 17, 2007.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents/SuppSentMemo.AContreras)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on April 17, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on April 17, 2007, I served the document to which this declaration is annexed on Maria C. Cruz, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2007, at Hagåtña, Guam.

REINA Y. URBIEN