LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-00026 |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING** |
| ALFONSO GONZALEZ-CONTRERAS, aka "Poncho," | |
| Defendant. | |

**IT IS SO ORDERED** that the Sentencing currently scheduled for April 17, 2007, is hereby rescheduled to May 3, 2007, at 1:30 p.m.

/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Apr 17, 2007**