# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# RE-SENTENCING

| | |
|---|---|
| CASE NO.: CR-02-00026-001 | DATE: May 03, 2007 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 1:33:34 - 2:12:20
CSO: J. Lizama / J. McDonald

**APPEARANCES:**

Defendant: Alfonso Gonzalez-Contreras aka Poncho           Attorney: Howard Trapp

☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson           U.S. Agent: Ray Quintanilla, G.P.D. (former DEA Task Force Agent)

U.S. Probation: Maria Cruz           U.S. Marshal: D. Punzalan / V. Roman
Interpreter:           Language:

**PROCEEDINGS: Re-Sentencing**
- Government argued their opinion of what should happen at today's hearing.
- Rebuttal argument by Defense.
- Accordingly, the Court instructed Government counsel to file her objection to the Re-Sentencing.
- Government's Objection due: 5/17/2007
- Defendant's Response due: 5/31/2007
- Reply to the Response due: 6/8/2007
- Hearing re Objection to Re-Sentencing scheduled for: June 27, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: