AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

V.

**Alfonso Gonzalez-Contreras**

**NOTICE**

CASE NUMBER: **CR-02-00026-001**

TYPE OF CASE:

☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**HEARING ON OBJECTION TO RE-SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | **Wednesday, June 27, 2007 at 9:30 a.m.** | **Friday, July 13, 2007 at 10:30 a.m.** |

                                          **MARY L. M. MORAN, CLERK OF COURT**
                                          U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 25, 2007**                                           /s/ Leilani R. Toves Hernandez
DATE                                                                    (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Howard Trapp, Esq.
          U.S. Probation Office
          U.S. Marshals Service