# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

**Alfonso Gonzalez-Contreras**

CASE NUMBER:   **CR-02-00026-001**

TYPE OF CASE:

☐ **CIVIL**        **X   CRIMINAL**

---

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME |

TYPE OF PROCEEDING

**HEARING ON OBJECTION TO RE-SENTENCING**

---

**X   TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Friday, July 13, 2007**<br>**at 10:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, July 23, 2007 at 10:30 a.m.** |
|---|---|---|

**MARY L. M. MORAN, CLERK OF COURT**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**July 11, 2007**

/s/ Leilani R. Toves Hernandez

DATE

(BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Howard Trapp, Esq.
      U.S. Probation Office
      U.S. Marshals Service