**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-02-00026-001　　　　　　　　　　DATE: July 23, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Jennifer Moton　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 11:17:44 - 11:52:36
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Alfonso Gonzalez-Contreras　　　Attorney: Howard Trapp
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: V. Roman / T. Muna
Interpreter:　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Hearing on Objections to Re-Sentencing**

- Parties argued their position regarding re-sentencing.
- Court to issue a notice to the 9th Circuit Court of Appeals for guidance on how to proceed based on the mandate issued.

NOTES: