UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DISTRICT COURT OF GUAM
AUG 22 2007
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>ALFONSO GONZALEZ-CONTRERAS,<br>aka Poncho,<br><br>Defendant - Appellant. | No. 03-10521<br>D.C. No. CR-02-00026-JSU<br><br>**JUDGMENT** |

Appeal from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED AND REMANDED FOR FULL RE-SENTENCING HEARING.**

Filed and entered 08/17/07



Case 1:02-cr-00026    Document 197    Filed 08/22/2007    Page 1 of 1