# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALFONSO GONZALEZ-CONTRERAS,<br>a.k.a. Poncho,<br><br>    Defendant. | Criminal Case No. 02-00026<br><br>**ORDER RE RESENTENCING** |

On August 22, 2007, the court received the judgment in this matter from the Ninth Circuit Court of Appeals vacating the District Court's judgment and remanding the case back to this court for full re-sentencing. Accordingly, the court hereby schedules this case for resentencing on June 4, 2008 at 9:30 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 25, 2008**