# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**ALFONSO GONZALEZ-CONTRERAS**      CASE NUMBER:   **CR-02-00026-001**

TYPE OF CASE:

☐ CIVIL      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### RE-SENTENCING

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 11, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>September 23, 2008 at 1:30 p.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 1, 2008            /s/ Virginia T. Kilgore
DATE                               (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
        Howard Trapp
        U.S. Probation Office
        U.S. Marshals Service